196 So.2d 802

## Walter F. PETERSON, Sr.

v.

## CONTINENTAL CAN COMPANY, Inc., et al.
No. 48615.

March 31, 1967.

In re: Walter F. Peterson, Sr., applying for certiorari, or writ of review, to the Court of Appeal, Second Circuit, Parish of Bienville. 194 So.2d 171.

Writ refused. On the facts found by the Court of Appeal there appears no error of law in its judgment.

196 So.2d 802

## Cleas LAFLEUR et ux.

v.

## COCA-COLA BOTTLING COMPANY OF LAKE CHARLES, Inc., et al.
No. 48634.

March 31, 1967.

In re: The Travelers Indemnity Company and Coca-Cola Bottling Company of Lake Charles applying for certiorari, or writ of review, to the Court of Appeal, Third Circuit, Parish of St. Landry. 195 So.2d 419.

Writ refused. Judgment of the Court of Appeal not final.

196 So.2d 802

## Thomas E. TARR

v.

## CRIMINAL DISTRICT COURT, PARISH OF ORLEANS, State of Louisiana.
No. 48632.

March 31, 1967.

In re: Thomas E. Tarr applying for writ of mandamus.

The application is denied. We find no merit in relator's application.